UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID H. PLEMONS, | ) | |
| | ) | |
| Petitioner, | ) | NO. 1:09-0048 |
| | ) | JUDGE HAYNES |
| | ) | |
| | ) | |
| JAMES FORTNER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion for summary judgment (Docket Entry No. 38) is **GRANTED,** and the Petitioner's motion for summary judgment (Docket Entry No. 40) and petition for the writ of habeas corpus are **DENIED**. This action is **DISMISSED with prejudice**. Petitioner is **GRANTED** a Certificate of Appealability on his claims of insufficiency of the evidence and ineffective assistance of counsel.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 27th day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge